# AFFIRMATION OF SERVICE

Client's File No.: 15982895

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case Number: 1:26-cv-03556
Date Filed:

Infosys Limited

*Plaintiff*

vs

777 Partners LLC

*Defendant*

**SECRETARY OF STATE**

**Angela Roy**, affirms and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **05/27/2026** at **10:30 AM**
at 1 Commerce Plaza, 6th Floor, Albany, New York 12231 the office of the Secretary Of State, of the State of New York, deponent served a true copy of a **Summons in a Civil Action with Petition Under the Federal Arbitration Act to Confirm and Enforce Arbitration Award**

on **777 Partners LLC**
(Defendant/Respondent)

Said service was effected in the following manner;
By delivering to and leaving with
**Dan Noonan**
Business Document Specialist 2 in the office of the Secretary of the State, State of New York, personally at the office of the Secretary of State, of the State of New York, two (2) true copies thereof and at that time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to Section 303 LLC

**Description:**
Gender: **Male** Race/Skin: **White (Not Hispanic/Latino)** Age: **30 - 40 Yrs.** Weight: **170-200 Lbs.** Height: **5' 8" - 6' 0"** Hair: **Brown** Other:

I affirm on 05/28/2026 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

Angela Roy

**Work Order # 1727082**