UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INFOSYS LIMITED,

Petitioner,

*-against-*

777 PARTNERS LLC,

Respondent.

**ORDER**

26-cv-03556 (ER)

RAMOS, D.J.

Infosys Limited filed a petition to confirm an arbitration award that was entered against 777 Partners LLC on April 29, 2026. Doc. 1. Infosys then filed an affidavit of service on June 2, 2026. Doc. 5. Since then, however, there has not been any activity in this case.

Infosys Limited is therefore directed to file a status letter by October 15, 2026. Failure to do so may result in dismissal for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

It is SO ORDERED.

Dated: October 9, 2026
New York, New York

Edgardo Ramos, U.S.D.J.